IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

LISA ROCHELLE EVERETT                                                                                    PLAINTIFF

V.                                      NO: 4:15CV00547 SWW/PSH

MCPHERSON PRISON                                                                                        DEFENDANT

## PROPOSED FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following Proposed Findings and Recommendation have been sent to United States District Judge Susan W. Wright. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

Plaintiff Lisa Rochelle Everett ("Everett") filed a *pro se* complaint, pursuant to 42 U.S.C. § 1983, on September 1, 2015. She named one defendant, McPherson Prison. On September 3, 2015, the Court entered an order noting that the Arkansas Department of Correction's McPherson Unit was not subject to suit, and directed Everett to file an amended complaint within 30 days. The order further warned Everett that her failure to comply would result in the recommended dismissal of her complaint (Doc. No. 4). Everett has been granted two extensions of time to file an amended complaint, the most recent of which ordered her to file an amended complaint within 90 days of

December 8, 2015 (Doc. Nos. 9 and 11). Everett has not filed an amended complaint as ordered.[1]

Under these circumstances, the Court concludes that plaintiff's complaint should be dismissed without prejudice for failure to comply with the Court's order. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (district courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE RECOMMENDED THAT:

1. Plaintiff's complaint be DISMISSED WITHOUT PREJUDICE for failure to comply with the Court's order.

2. The Court certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 17th day of March, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Everett has asserted that she needs to obtain her medical records from the ADC to be able to pursue her claim, and has asked the Court for an order compelling the ADC to provide such records to her (Doc. Nos. 10 and 12). The Court denied Everett's request because she does not claim in her complaint that the medical care she received at the ADC fell below constitutional standards. Rather, she asserts a conditions of confinement claim, stating that she was exposed to a black, dark substance that fell on her from the prison's air conditioning system while it was being cleaned. In its order denying Everett's motion to compel, the Court found that access to her medical records at this time would not enable her to identify the individuals responsible for exposure to the black, dark substance about which she complains (Doc. No. 15).